# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Eddins,<br><br>                Plaintiff(s),<br><br>v.<br><br>Store Master Funding III, LLC,<br><br>                Defendant(s). | 2:23-cv-01528-JCM-VCF<br><br>**Order regarding discovery plan** |

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 19, 2024.

DATED this 4th day of January 2024.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE