# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Eddins,<br><br>            Plaintiff(s),<br><br>vs.<br><br>Store Master Funding III, LLC,<br><br>            Defendant(s). | 2:23-cv-01528-JCM-MDC<br><br>**Order** |

  The parties shall appear in person for a discovery status hearing on the stacked calendar on June 12, 2024, at 10:00am in courtroom 3D.

  DATED this 11th day of January 2024.

  IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge