## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| William Eddins, | 2:23-cv-01528-JCM-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| Store Master Funding III, LLC, | |
| Defendant(s). | |

Due to a scheduling conflict, the June 12, 2024 Discovery Status Hearing (ECF No. 11) is rescheduled for **July 2, 2024 at 10:00AM** in **Courtroom 3B**.

DATED this 1st of April 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge