**David N. Salmon, Esq.**
Nevada Bar No. 7168
**DAVID SALMON & ASSOCIATES, Inc.**
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
Phone (702) 382-9696
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS, an individual, ) | CASE No.: 2:23-cv-01528-JCM-VCF |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **STIPULATION AND ORDER TO** |
| STORE MASTER FUNDING, III, LLC, a ) | **DISMISS, WITH PREJUDICE** |
| limited liability company; DOE ) | |
| INDIVIDUALS 1-20, and ROE ) | |
| CORPORATIONS 21-40. ) | |
| ) | |
| Defendants. ) | |

IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, WILLIAM EDDINS, and Defendant, STORE MASTER FUNDING III, LLC by and through their respective counsel, that all potential claims and claims presently pending in this matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

The upcoming dates in the scheduling order are as follows:

Discovery Cut-Off Date: November 3, 2024

Disclose Rebuttal Experts: October 4, 2024

Dispositive Motions: November 4, 2024

Pretrial Order: December 4, 2024

/ / /

-1-

The parties stipulate and agree that the above-referenced dates, as well as any remaining dates be vacated, and that the case be closed.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| Date: 10/10/2024 | Date 10/10/2024 |
| /S/ David N. Salmon | /S/ John Gormley |
| David N. Salmon (7168)<br>7495 W. Azure Dr., Suite 102<br>Las Vegas, Nevada 89130<br>(702) 382-9696<br>*Counsel for Plaintiff* | John Gormley, Esq. (001611)<br>9950 W. Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>(702) 384-4012<br>*Counsel for Defendant* |

IT IS SO ORDERED.

DATED October 11, 2024.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
DAVID SALMON & ASSOCIATES, INC.

/S/ David N. Salmon
_____
David N. Salmon (7168)
7495 W. Azure Dr., Suite 102
Las Vegas, Nevada 89130
(702) 382-9696
*Counsel for Plaintiff*